LODGED

Earnest C.S. Bell, CSB# 159387
3897 Market Street
Ventura, California 93003
Telephone (805) 650-5458
Facsimile  (805) 650-3778

2003 SEP -4 PM 2:12

CLERK ... COURT
CENTRAL ... CALIF.
LOS ANGELES

BY_____

FILED
CLERK, U.S. DISTRICT COURT

SEP 17 2003

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Attorneys for Plaintiffs,
JUAN GAMINO, KATHY CONLEY AND ED FERREL
individually and as class representatives

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

JUAN GAMINO, individually and as class representative; KATHY CONLEY, individually and as class representative and ED FERREL, individually and as class representative

Plaintiffs,

v.

COUNTY OF VENTURA; VENTURA COUNTY SHERIFF BOB BROOKS, individually and as the sheriff; and DOES 1-200

Defendants.

CASE NO. CV-02-9785 CBM (Ex)

STIPULATION AND ORDER TO CERTIFY CLASS

Priority ___
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that the above class action lawsuit be certified in accordance with Federal Rules of Civil Procedure 23 (a).

The parties agree that this action meets the four prerequisites of Rule 23(a).

1. **Numerosity**: the class is so numerous that joinder by all members individually is impracticable.

2. **Commonality**: the questions of law and fact are common to the class. There are issues common to the class as a whole and relief sought turns on questions of law applicable in the same manner to each member of the class.

1

SEP 22 2003   15

1 **Class Definition:** Any pretrial detainee in the Ventura County Jail for violation of Health and Safety Code Section 11550 so that, in accordance with the Ventura County Sheriff's Department's policy, such arrestee was subject to a visual-only unclothed body cavity examination. The statute of limitations is disputed.

**Strip Search Definition:** A visual unclothed body cavity search, performed by a deputy of the same sex and does not involve any touching of the person.

3. **Typicality:** the claims of the class representatives are typical of the claims of the class.

4. **Adequacy of Representation:** Both plaintiffs and defendants attorney of record are both qualified and competent. Counsel are experienced in the civil rights law and legal issues presented in this action.

In addition to the above requirements under Federal Rules of Civil Procedure 23(a), in accordance with Federal Rules of Civil Procedure 23(b)(3)- The questions of law or fact common to the class predominate over questions affecting the individual members therefore a class action is superior to other methods available for adjudicating the controversy.

It should be noted, nothing in the class certification stipulation in any way detracted from the pending appeal in the Way case - defendants reserve the right to make all arguments preserved in their appeal. By entering into this stipulation, Defendants do not concede the merits of plaintiffs' Constitutional argument.

Dated: 8-25-03

Earnest C.S. Bell,
Attorney for Plaintiffs and the Class

Dated: 8/25/03

Jeffrey Held
Attorney for Defendants

**ORDER**

The attached written stipulation between the parties for Class Certification is declared the order of the Court and ordered filed.

Dated: 9/17/03

Honorable Consuelo B. Marshall

1 | Earnest C.S. Bell, CSB# 159387
2 | 3897 Market Street
    Ventura, California 93003
    Telephone (805) 650-5458
3 | Facsimile   (805) 650-3778

4 | Attorneys for Plaintiffs,
    JUAN GAMINO, KATHY CONLEY AND ED FERREL
5 | individually and as class representatives

6

7

8 |                    UNITED STATES DISTRICT COURT

9 |                  FOR THE CENTRAL DISTRICT OF CALIFORNIA

10 | JUAN GAMINO, individually and as class ) CASE NO. CV 01-9785 CBM (Ex)
11 | representative; KATHY CONLEY, )
    individually and as class representative and ED )
12 | FERREL, individually and as class ) **STIPULATION AND ORDER TO**
    representative ) **CERTIFY CLASS**
13 | )
                    Plaintiffs, )
14 | )
    v. )
15 | )
    COUNTY OF VENTURA; VENTURA )
16 | COUNTY SHERIFF BOB BROOKS, )
    individually and as the sheriff; )
17 | and DOES 1-200 )
    )
18 |                    Defendants. )
    )
19 |

20 |     IT IS HEREBY STIPULATED by and between the parties hereto through their

21 | respective attorneys of record that the above class action lawsuit be certified in accordance

22 | with Federal Rules of Civil Procedure 23 (a).

23 |     The parties agree that this action meets the four prerequisites of Rule 23(a).

24 | 1.     **Numerosity**: the class is so numerous that joinder by all members individually is

25 | impracticable.

26 | 2.     **Commonality**: the questions of law and fact are common to the class. There are

27 | issues common to the class as a whole and relief sought turns on questions of law applicable

28 | in the same manner to each member of the class.

1

1  **Class Definition:** Any pretrial detainee in the Ventura County Jail for violation of Health and Safety Code Section 11550 so that, in accordance with the Ventura County Sheriff's Department's policy, such arrestee was subject to a visual-only unclothed body cavity examination.

**Strip Search Definition:** A visual unclothed body cavity search, performed by a deputy of the same sex and does not involve any touching of the person.

3. **Typicality:** the claims of the class representatives are typical of the claims of the class.

4. **Adequacy of Representation:** Both plaintiffs and defendants attorney of record are both qualified and competent. Counsel are experienced in the civil rights law and legal issues presented in this action.

In addition to the above requirements under Federal Rules of Civil Procedure 23(a), in accordance with Federal Rules of Civil Procedure 23(b)(3)- The questions of law or fact common to the class predominate over questions affecting the individual members therefore a class action is superior to other methods available for adjudicating the controversy.

It should be noted, nothing in the class certification stipulation in any way detracted from the pending appeal in the Way case - defendants reserve the right to make all arguments preserved in their appeal. By entering into this stipulation, Defendants do not concede the merits of plaintiffs' Constitutional argument.

Dated: 8-25-03

Earnest C.S. Bell,
Attorney for Plaintiffs and the Class

Dated: _____

Jeffrey Held
Attorney for Defendants

## ORDER

The attached written stipulation between the parties for Class Certification is declared the order of the Court and ordered filed.

Dated: _____

Honorable Consuelo B. Marshall

2