UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No.  CV 02-9785-CBM(Ex)          Date  September 24, 2003

Title:  Juan Gamino, etc. vs County of Ventura, et al

==================================================================
PRESENT: THE HONORABLE HARRY L. HUPP, DISTRICT JUDGE

    Carolyn Trump         Not Present
    Courtroom Clerk      Court Reporter

ATTORNEYS FOR PLAINTIFFS:          ATTORNEYS FOR DEFENDANTS:
Not Present                         Not Present

PROCEEDINGS:  NOTICE AND ORDER TO TRANSFER MOTION TO BE
              HEARD BY JUDGE HARRY L. HUPP

    This is to advise parties and their counsel that the MOTION by plaintiffs Juan Gamino, Kathy Conley, Ed Ferrel to determine Class Size based on the Statute of Limitations (fld 9/4) has been transferred by Judge Consuelo B. Marshall the calendar of Senior U.S. District Judge, Harry L. Hupp for disposition.  The case assignment is not affected and continues assigned to Judge Consuelo B. Marshall.

    The date and time of the motion is scheduled for:
Oct. 6, 2003 at 10:00 a.m.

    Judge Hupp issues a tentative; counsel are advised to arrive at least twenty to thirty minutes earlier to review it before the judge takes the bench.

    Judge Hupp's courtroom is located at the U.S. Courthouse, 312 N. Spring Street, Los Angeles, CA 90012, Courtroom 7.  Judge Hupp's courtroom clerk can be reached at (213) 894-3663.

MINUTES FORM 90                   Initials of Deputy Clerk  CAt
CIVIL - GEN

SEP 25 2003