UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No. CV 02-9785 CBM (CTx)          Date: January 9, 2004

Title: Juan Gamino, et al. v. County of Ventura, et al.

====================================================================

DOCKET ENTRY
ORDER DENYING Defendant's Motion for Review and Reconsideration of Magistrate Judge's Ruling Denying Motion for Protective Order (docket #34)

====================================================================

PRESENT:

Hon. CONSUELO B. MARSHALL, CHIEF JUDGE

JOSEPH LEVARIO         none present
Deputy Clerk            Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:        ATTORNEYS PRESENT FOR CLAIMANT:
none present                                   none present

**PROCEEDINGS:**

On December 1, 2003, Defendant Sheriff Bob Brooks filed a Motion for Review and Reconsideration of the Magistrate Judge's November 3, 2003 ruling denying Defendant's Motion for a Protective Order. Plaintiffs filed a timely opposition, incorporating by reference its opposition to Defendant's Motion before the Magistrate Judge.

A district judge may reconsider any pretrial matter heard by a magistrate judge "where it has been shown that the magistrate's order is clearly erroneous or contrary to law." 28 U.S.C. § 636(b)(1)(A).

Defendant contends that the Magistrate Judge's Order denying a protective order to prevent the deposition of Defendant Sheriff Bob Brooks was clearly erroneous or contrary to law. Defendant argues that Sheriff Brooks is a high-ranking official who should not be subject to deposition and that Plaintiffs have not demonstrated exigent circumstances warranting the taking of his deposition.

Upon consideration of the papers submitted, the Court DENIES Defendant's Motion for Review and Reconsideration. The Magistrate Judge's Order was not clearly erroneous or contrary to law because Defendant's have failed to demonstrate that Sheriff Brooks is a "high-ranking official" within the meaning of the cases cited providing protection from deposition to certain individuals. Plaintiffs have also demonstrated that the circumstances of this case warrant the taking of Sheriff Brooks' deposition.

IT IS SO ORDERED.

Initials of Deputy Clerk

cc: Judge Marshall
Parties of Record

DOCKETED ON CM
JAN 15 2004
BY _____ 004

Priority ✓
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___