UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No. CV 02-9785 CBM                                Date: August 30, 2004

Title:  Gamino v. County of Ventura & Sheriff Bob Brooks

================================================================

DOCKET ENTRY
ORDER Denying Defendants' Motion to Modify Class

================================================================

PRESENT:

        Hon. CONSUELO B. MARSHALL, CHIEF JUDGE

| JOSEPH LEVARIO | LEANDRA AMBER |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

N/A                                                N/A

**PROCEEDINGS:**

    The matter before the court is Defendants' Motion to Modify Class, filed on May 19, 2004. A timely opposition and reply were filed. The hearing occurred on August 23, 2004, the Honorable Consuelo B. Marshall presiding. Upon consideration of the papers submitted, Defendants' Motion is DENIED.

IT IS SO ORDERED.

Initials of Deputy Clerk _____
cc:   Judge Marshall
       Parties of Record

Priority ✓
Send ___
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

DOCKETED ON CM
SEP - 1 2004