1 | LAW OFFICE OF EARNEST C.S. BELL
Earnest C.S. Bell, CSB# 159387
2 | 3897 Market Street
Ventura, California 93003
3 | Telephone (805) 650-5458
Facsimile (805) 650-3778
4 |
5 | Attorney for the Plaintiffs and the Class

FILED
CLERK, U.S. DISTRICT COURT
AUG 3 1 2004
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

LODGED
CLERK, U.S. DISTRICT COURT
JUN 2 1 2004
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN GAMINO, individually and as class representative; KATHY CONLEY, individually and as class representative; and ED FERREL, individually and as class representative,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF VENTURA; VENTURA COUNTY SHERIFF BOB BROOKS, individually and as the sheriff; DOES 1-10.<br><br>Defendants. | CASE NO. CV 02-9785 CBM (Ex)<br><br>[~~PROPOSED~~] ORDER APPROVING NOTICE OF PENDENCY OF CLASS ACTION<br><br>Priority ___<br>Send ✓<br>Enter ___<br>Closed ___<br>JS-5/JS-6 ___<br>JS-2/JS-3 ___<br>Scan Only ___ |

This cause came on for hearing on a motion by plaintiffs for an order approving the Notice of Pendency of Class Action and to have plaintiffs ordered to give notice to the class.

IT IS HEREBY ORDERED that: attached

The Court has approved the ^Notice of Pendency of Class Action and orders plaintiffs to give notice to the class.

IT IS SO ORDERED.

Dated: August 31, 2004

_____
Honorable Consuelo B. Marshal
United States District Judge

DOCKETED ON CM
SEP - 2 2004
BY ___ 001

64

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: VENTURA COUNTY SHERIFF STRIP SEARCH LITIGATION | CASE NO. CV 02-9785 CBM (Ex) |
| | NOTICE OF PENDENCY OF CLASS ACTION |

**NOTICE TO ALL INDIVIDUALS WHO WERE ARRESTED FOR A VIOLATION OF HEALTH AND SAFETY CODE SECTION 11550 ( under the influence of a controlled substance) and WERE INCARCERATED IN THE VENTURA COUNTY JAIL AND STRIP SEARCHED DURING THE BOOKING PROCESS, BETWEEN DECEMBER 24, 2001 UP TO AND INCLUDING MARCH 27, 2003.**

*PLEASE READ THIS ENTIRE NOTICE CAREFULLY.*

*YOU MAY BE ENTITLED TO RECEIVE MONEY.*

### BACKGROUND OF CASE

There is now pending before the Honorable Consuelo B. Marshall, Presiding Judge in the United States District Court a class action lawsuit. The lawsuit involves the strip search of people who were arrested and held in the Ventura County Jail for Health and Safety section 11550 (being under the influence of illegal drugs). The Court has ruled that the Ventura County Sheriffs Department's strip search policy in place from 12-24-01 thru 3-27-03 was unconstitutional. You have received this notice because based upon the Ventura County Sheriff's computer records you were arrested for a violation of Health and Safety section 11550 and therefore probably a member of the plaintiff class in the above-entitled class action concerning unconstitutional strip searches.

### NATURE OF CLAIMS

The Court has certified a plaintiffs class action for the following claim: Any pretrial detainee in the Ventura County Jail for violation of Health and Safety Code Section 11550 so that, in accordance with the Ventura County Sheriff's Department's policy, such arrestee was

subject to a visual-only unclothed body cavity examination.

Defendants have denied liability and have denied the allegations in the complaint and the issue is currently on appeal with the Federal 9th Circuit Court of Appeals.

If Defendants appeal is not successful, and you are a member of the class, you will in all likelihood be receiving compensation.

A notice informing you of the settlement and fairness hearing will be sent to you at a later date once litigation is complete.

## WHAT TO DO?

If you wish to be a member of the class in this case, you need to do nothing further except keep your attorney aware of your address.

You will be represented by existing class representatives and the attorneys acting on behalf of the class. You will receive notice of any ruling affecting the size of the class and notice of any proposed settlement or dismissal of class claims or any judgment rendered. However, you may enter an appearance through another attorney by mailing a Notice of Appearance to the clerk of the court at the address for the clerk set forth below. You will be bound by any judgment or other final disposition of the class lawsuit, whether that disposition is favorable or unfavorable. You will participate, upon proof of membership in the class, in a distribution of any damages recovered in the litigation.

You will not be required to pay any money out of your pocket. All fees and cost will be deducted from the settlement and subject to the Courts approval. The Law Offices of Earnest Bell has been appointed and shall act as Class Counsel and shall not seek an award of more than 25% of the class fund as attorney's fees for recovering the Class fund for the class members.

If you wish to be excluded from the class, you may exclude yourself from the class by filing an exclusion (also called an opt-out) with the class administrator at VENTURA COUNTY SHERIFF STRIP SEARCH LITIGATION, (insert class adminstators adress). Any exclusion must be received by the Class Administrator by no later than (insert class cut off opt out date- 30 days after mailing). Your exclusion may be made on a form available from the Class Administrator, or by sending the appropriate letter to the Class Administrator at the foregoing

address. Your exclusion form or letter should provide your name, current address, current telephone number, date of birth, social security number, date(s) in jail and booking numbers, to the extent you know them, and state that you wish to exclude yourself from the class.

If you exclude yourself from the class, you will not share in the settlement. In turn, you will not be bound by the settlement and dismissal, you may pursue any claim by filing an individual lawsuit, and you may seek to intervene in the lawsuit as an individual plaintiff at your own expense. There are time limits to pursue your individual claims, and you should seek the advice of counsel immediately to avoid losing your ability to pursue your individual claims if you exclude yourself.

**THIS IS IMPORTANT SO THAT FUTURE NOTICES REACH YOU.**

**SEND CHANGE OF ADDRESS**

If you move after receiving this notice or if it was misaddressed, you should supply your name and correct address to: Class Administrator (insert name and address of class adminstrator).

**FOR ADDITIONAL INFORMATION**

You may obtain information about the case by examining the court file located in the office of the Clerk of the United States District Court, 312 North Spring Street, Los Angeles, California 90012.

THIS NOTICE IS NOT AN EXPRESSION OF ANY OPINION BY THE COURT AS TO THE MERITS OF ANY OF THE CLAIMS OR DEFENSES ASSERTED BY EITHER SIDE IN THIS LITIGATION. THE SOLE PURPOSE OF THIS NOTICE IS TO INFORM YOU OF THE LAWSUIT SO THAT YOU CAN MAKE AN INFORMED DECISION AS TO WHETHER YOU SHOULD REMAIN IN OR OPT OUT OF THIS CLASS ACTION.

**DO NOT CALL OR WRITE TO THE COURT OR THE CLERK OF THE COURT. ADDRESS ALL INQUIRIES IN WRITING TO THE ATTORNEY FOR THE CLASS OR CLASS ADMINISTRATOR SET FORTH ABOVE.**