UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No. CV 02-9785 CBM                                   Date: May 23, 2005

Title:  Gamino v. County of Ventura
================================================================

DOCKET ENTRY
ORDER Granting Plaintiffs' Motion in Limine No.
================================================================

PRESENT:

        Hon. CONSUELO B. MARSHALL, CHIEF JUDGE

    JOSEPH LEVARIO         none present
    Deputy Clerk           Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

    N/A                                     N/A

**PROCEEDINGS:**

    Upon consideration of the papers submitted, Plaintiffs' Motion in Limine No. 1 to Exclude Any and All Evidence or Testimony of Sergeant Ferguson is **GRANTED**.

IT IS SO ORDERED.

Initials of Deputy Clerk _____

cc:    Judge Marshall
        Parties of Record

Priority ✓
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

