UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No. CV 02-9785 CBM              Date: May 23, 2005

Title: Gamino v. County of Ventura

===========================================================================

DOCKET ENTRY
ORDER Denying Without Prejudice Plaintiffs' Motion in Limine No. 3

===========================================================================

PRESENT:

        Hon. CONSUELO B. MARSHALL, CHIEF JUDGE

| JOSEPH LEVARIO | none present |
|---|---|
| Deputy Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| N/A | N/A |

**PROCEEDINGS:**

    Upon consideration of the papers submitted, Plaintiffs' Motion in Limine No.3 to Exclude Any and All Evidence or Testimony Regarding Any Excuses or Justifications That the Defendants' May Have Had in Strip Searching Plaintiffs and the Class is **DENIED WITHOUT PREJUDICE.**

    The Court finds Plaintiffs' Motion in Limine No. 3 premature. Plaintiffs may bring the Motion again once the Ninth Circuit has rendered its decision in *Way v. County of Ventura*.

IT IS SO ORDERED.

Initials of Deputy Clerk ___

cc:   Judge Marshall
      Parties of Record

Priority ✓
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___



DOCKETED ON CM
MAY 2 4 2005
BY ___ 002