1  Earnest C.S. Bell, State Bar No. 159387
   Law Office of Earnest C.S. Bell
2  3897 Market Street
   Ventura, California 93003
3  Telephone:  (805) 650-5458
4  Facsimile:   (805) 650-3778

5  Barrett S. Litt, State Bar No. 45527
   Litt, Estuar, Harrison & Kitson, LLP
6  E-Mail: blitt@littlaw.com
7  1055 Wilshire Boulevard, Suite 1880
   Los Angeles, California  90017
8  Telephone:  (213) 386-3114
   Facsimile:  (213) 380-4585
9
10 Attorneys for Plaintiffs

Jeffrey Held
Wisotsky Law Offices
300 Esplanade Drive., Suite 1500
Oxnard, CA 93036
Telephone:  (805) 278-0920
Facsimile:   (805) 278-0289
lawyers@wisotskylaw.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN GAMINO, individually and as class representative; KATHY CONLEY, individually and as class representative; ED FERREL, individually and as class representative,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF VENTURA; VENTURA COUNTY SHERIFF BOB BROOKS, individually and in his capacity as Sheriff of Ventura County; DOES 1-10,<br><br>Defendants. | CASE NO. CV-02-9785 CBM (Ex)<br><br>[Honorable Consuelo B. Marshall]<br><br>AMENDED ORDER TO VACATE AND RE-SET DATE FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT |

1

1     The Court having reviewed the Stipulation of the parties, and GOOD CAUSE APPEARING, IT IS ORDERED:

    1.     The hearing for preliminary approval of class settlement is continued from May 5 at 10:00 a.m. to June 9 at 10:00 a.m.

    2.     By MAY 30, 2008, the parties shall submit to the Court the following documents: (1) their settlement agreement, (2) drafts of the class notice and notice to possible class members (the difference between which will be explained at that time), (3) a draft claim form, and (4) proposed preliminary approval and final approval orders.

Dated: __April 29, 2008

The Honorable Consuelo B. Marshall
United States District Judge